UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID E. KLEIN,

                Plaintiff,

                                                  <u>DECISION AND ORDER</u>

                                                  08-CV-6512L

        v.

UNITED STATES OF AMERICA,

                Defendant.
_____

UNITED STATES OF AMERICA,

                Counterclaim Plaintiff,

        v.

DAVID E. KLEIN,
RAKESH AGGARWAL,

                Counterclaim Defendants.
_____

      The Government has moved for entry of Default Judgment by the Clerk with respect to its counterclaim against defendant Rakesh Aggarwal (Dkt. #27).

For the reasons set forth in the moving papers, the Clerk is directed to enter judgment against Rakesh Aggarwal in the amount of $283,376.79 plus interest accruing after April 30, 2010.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
October 26, 2010.